IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| VICTORIA VAUGHAN | § | |
| v. | § | CIVIL ACTION NO. 6:11cv199 |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION, *et al.* | § | |

FINAL JUDGMENT

The above-entitled action has come before the Court for consideration, and the complaint having been dismissed, it is hereby

**ORDERED** and **ADJUDGED** that the above-entitled action be **DISMISSED** with prejudice, each party bearing its own costs and attorney's fees.

So **ORDERED** and **SIGNED** this **23** day of **October, 2012.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE